IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, Katherine | Case Number: 08 B 25119 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 01/29/09 | Filed: 9/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,057.76 | |
| Secured: | | 300.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 21.20 |
| Other Funds: | | 736.56 |
| Totals: | 1,057.76 | 1,057.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | American General Finance | Secured | 0.00 | 0.00 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 21,510.00 | 300.00 |
| 3. | CitiFinancial Auto Credit Inc | Unsecured | 162.16 | 0.00 |
| 4. | Check Advance Of America | Unsecured | 23.00 | 0.00 |
| 5. | Sallie Mae | Unsecured | 78.57 | 0.00 |
| 6. | Sallie Mae | Unsecured | 84.43 | 0.00 |
| 7. | GE Money Bank | Unsecured | 154.45 | 0.00 |
| 8. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 9. | Frost Arnette Co | Unsecured | | No Claim Filed |
| 10. | Chase | Unsecured | | No Claim Filed |
| 11. | Aspire Visa | Unsecured | | No Claim Filed |
| 12. | GEMB | Unsecured | | No Claim Filed |
| 13. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| 14. | Overlook Aprtment Homes | Unsecured | | No Claim Filed |
| 15. | Luxury Apartments | Unsecured | | No Claim Filed |
| | | | $ 22,012.61 | $ 300.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 21.20 |
| | $ 21.20 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Harris, Katherine | Case Number:  08 B 25119 |
| | Judge:  Squires, John H |
| Printed: 01/29/09 | Filed:  9/22/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

